**JOHN F. MARTIN, ESQ. (SBN 52618)**
**MATTHEW S. YERGOVICH, ESQ. (SBN 236389)**
**LAW OFFICES OF JOHN F. MARTIN**
A Professional Corporation
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA  94596
Telephone:   (925) 937-5433
Facsimile:    (925) 938-5567

Attorneys for Plaintiff
DAVID JORDT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JORDT,<br><br>             Plaintiff,<br><br>v.<br><br>CLERKS AND LUMBER HANDLERS PENSION FUND,<br><br>             Defendant.<br>_____ / | Case No.  05-1409-SBA<br><br>STIPULATION TO ALLOW PLAINTIFF TO FILE THIRD AMENDED COMPLAINT NAMING NEW PARTY DEFENDANT |

Pursuant to Federal Rule of Civil Procedure ("Rule") 15(a) and Local Rule 7-12 Plaintiff DAVID JORDT (hereinafter "Plaintiff") and Defendant CLERKS AND LUMBER HANDLERS PENSION FUND (hereinafter "the Fund"), through the signature of their counsel, hereby give written consent and stipulate to allow Plaintiff to file a Third Amended Complaint naming the BOARD OF TRUSTEES OF THE CLERKS AND LUMBER HANDLERS PENSION FUND (hereinafter "the Board") as an additional defendant to Plaintiff's second and third causes of action only.  That Third Amended Complaint is attached hereto as Exhibit 1.  This Stipulation serves as an amendment to the Summons pursuant to Rule 4(a) so as to include the Board.  Counsel for the Fund also agrees to accept service of the Complaint on behalf of the Board, and waives service of the summons pursuant to Rule 4(d)(2).

Plaintiff and the Fund agree that the Fund will only be required to answer the Third Amended Complaint, and is relinquished from having to answer the Second Amended Complaint.

1
2
3  Dated: _____                          By: _____/s/_____
4                                                      MATTHEW S. YERGOVICH
                                                       Attorney for Plaintiff
5
6
7  Dated: _____                          By: _____/s/_____
8                                                      ROBERT F. SCHWARTZ
                                                       Attorney for Defendants
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Jordt v. Clerks & Lumber Handlers Pension Fund*
Stipulation to Allow Additional Defendant             2

**[PROPOSED] ORDER**

The Court has reviewed the Stipulation set forth above. Good cause appearing, the Court has decided:

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiff is granted leave to file a Third Amended Complaint naming the BOARD OF TRUSTEES OF THE CLERKS AND LUMBER HANDLERS PENSION FUND as an additional Defendant to Plaintiff's second and third causes of action only.
2. The Fund is required only to answer the Third Amended Complaint, and is relinquished from having to answer the Second Amended Complaint.

Dated: 10/24/05

_Saundra B Armstrong_
HONORABLE SAUNDRA B. ARMSTRONG