1  R. Bradford Huss, No. 71303
   Robert F. Schwartz, No. 227327
2  Laura M. Chavkin, No. 228724
   TRUCKER ✦ HUSS
3  A Professional Corporation
   120 Montgomery Street, 23rd Floor
4  San Francisco, California  94104
   Telephone:    (415) 788-3111
5  Facsimile:    (415) 421-2017
   E-mail: lchavkin@truckerhuss.com

7  Attorneys for Defendants CLERKS AND LUMBER
   HANDLERS PENSION FUND and BOARD OF
8  TRUSTEES OF THE CLERKS AND LUMBER
   HANDLERS PENSION FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JORDT,<br><br>              Plaintiff,<br><br>    vs.<br><br>CLERKS AND LUMBER HANDLERS PENSION FUND, and BOARD OF TRUSTEES OF THE CLERKS AND LUMBER HANDLERS PENSION FUND,<br><br>              Defendants. | Case No. C05-01409-SBA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISCOVERY CUT OFF DATE** |

Pursuant to Local Rules 6-1(b),  6-2 and 7-12, Plaintiff David Jordt and Defendants Clerks and Lumber Handlers Pension Fund and Board of Trustees of the Clerks and Lumber Handlers Pension Fund hereby stipulate to and request from the Court an Order extending the discovery cut-off from March 31, 2006 to May 31, 2006.  As stated in the Declaration of Laura M. Chavkin, there have been no previous time modifications in this case, and the requested time modification will not affect any of the other deadlines set by the Court.

Plaintiff and Defendants agreed to May 31, 2006 as the fact discovery cut off date in their Joint Case Management Statement, filed on February 13, 2006.  The parties believe that the Court intended to accept this deadline during the telephonic Case Management Conference conducted on

1  February 21, 2006, but the Court's minute order, issued on February 21, 2006, reflects a discovery
2  cut-off of March 31, 2006. The parties cannot complete fact discovery by that date.
3      The parties therefore respectfully request that the Court issue an order changing the
4  discovery cut-off to May 31, 2006.

8  DATED: March 2, 2006

    TRUCKER ✦ HUSS

    By: s/
    Laura M. Chavkin
    Attorneys for Defendants

12 DATED: March 2, 2006

    LAW OFFICES OF JOHN F. MARTIN

    By: s/
    Christine Hopkins
    Attorneys for Plaintiff Jordt

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_3/6/06

    /s/ Saundra B Armstrong
    Judge Saundra Brown Armstrong

STIPULATION TO EXTEND TIME FOR DISCOVERY CUT OFF      2
Case No. C05-01409-SBA
#760071